The People of the State of Illinois ex rel. John S. Rusch, defendant in error, v. Louis Matthiesen et al., plaintiffs in error. Gen. No. 38,551.

Matchett, P. J., dissents. Opinion filed July 7, 1936.

Robert Irmiger, for plaintiff in error; Robert Irmiger and Thomas J. McCormick, of counsel. Otto Kerner, Attorney General, Thomas J. Courtney, State's Attorney, and Ditchburne & Lounsbury, for defendant in error; Thomas J. Johnson, Jr., of counsel.

Mr. Justice O'Connor delivered the opinion of the court.